NANCY J. MESEROW
7540 S.W. 51st Avenue
Portland, OR  97219
Telephone:  (503) 560-6788
Fax:  (503) 954-1517
njm@meserowlaw.com

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIE BITHER ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Commissioner of Social Security<br><br>    Defendant. | Civil No. 2:14-cv-00026-TC<br><br>VOLUNTARY WITHDRAWAL OF COMPLAINT AND STIPULATED DISMISSAL WITH PREJUDICE, and ORDER |

    Notice is hereby given that, subject to approval by the Court, Plaintiff herein voluntarily withdraws her Complaint filed in the above captioned matter pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and agrees to Stipulated Dismissal of this case with prejudice.  The parties having conferred, Defendant agrees to Stipulated Dismissal of this case with  prejudice by signature of her counsel:

Heather Griffith:   Date:   October 16, 2014,    /s/Heather Griffith , attorney for Defendant

Nancy Meserow:  Date:    October 16, 2014,    /s/ Nancy J. Meserow, attorney for Plaintiff

DATED this 16th day of October, 2014.

Respectfully submitted,

NANCY J. MESEROW

s/ Nancy J. Meserow
NANCY J. MESEROW
Attorney for Plaintiff

Stipulated Dismissal of this case with prejudice is hereby approved and so ORDERED

Date: 10/17/14

Judge Thomas M. Coffin